# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CM 05-138

JUANITA THIBODEAUX, ET AL.
VERSUS
CONOCO PHILLIPS COMPANY, ET AL.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
14TH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2003-481, DIVISION "F"
HONORABLE WILFORD D. CARTER

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

MICHAEL G. SULLIVAN
JUDGE

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Court composed of Oswald A. Decuir, Michael G. Sullivan, and James T. Genovese, Judges.

**MOTION TO DISMISS DENIED.**

CHARLES S. MCCOWAN, JR.
GLENN M. FARNET
M. DWAYNE JOHNSON
LANA D. CRUMP
JENNIFER G. GARY
DONNA V. YELVERTON
KEN, MILLER, HAWTHORNE, D'ARMOND,
MCCOWAN & JARMAN, L.L.P.
ONE AMERICAN PLACE, 22ND FLOOR
P.O. BOX 3513
BATON ROUGE, LOUISIANA 70821
Telephone: (225) 387-0999
Counsel for CONOCOPHILLIPS COMPANY

**DREW RANIER**
**THOMAS GAYLE**
**RANIER, GAYLE & ELLIOT**
**P.O. BOX 1890**
**LAKE CHARLES, LA 70602-1890**
**Telephone:**
**PLAINTIFFS' STEERING COMMITTEE**

**CALVIN C. FAYARD, JR.**
**FAYARD & HONEYCUTT**
**519 FLORIDA BLVD.**
**DENHAM SPRINGS, LA 70726**
**Telephone:**
**PLAINTIFFS' STEERING COMMITTEE**

**ROBERT SCHMOLKE**
**8706 JEFFERSON HIGHWAY, STE. A**
**BATON ROUGE, LA 70809**
**Telephone:**
**PLAINTIFFS' STEERING COMMITTEE**